IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY WRIGHT, | : | |
| Plaintiff, | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 16-5020 |
| CITY OF PHILADELPHIA et al., | : | |
| Defendants. | : | |

# ORDER

**AND NOW**, this 17th day of January, 2017, upon consideration of Plaintiff's Complaint (Doc. No. 1), Defendants' Motion to Dismiss (Doc. No. 23), Plaintiff's Opposition (Doc. No. 31), Defendants' Replies (Doc. Nos. 33, 40), and Plaintiff's Response (Doc. No. 38), **it is HEREBY ORDERED** that Defendants' Motion to Dismiss (Doc. No. 23) is **DENIED**.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE