IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| ANTHONY WRIGHT, | : | |
| *Plaintiff*, | : | CIVIL ACTION |
| v. | : | |
|  | : | NO. 16-5020 |
| CITY OF PHILADELPHIA et al., | : | |
| *Defendants*. | : | |

## **ORDER**

**AND NOW**, this 21st day of August, 2017, upon consideration of the Philadelphia District Attorney's Office's Motion to Enforce (Doc. No. 79), Plaintiff's Response in Opposition (Doc. No. 80), the Philadelphia District Attorney's Office's Letter Brief (Doc. No. 84), and after an Oral Argument held on August 9, 2017, **it is HEREBY ORDERED** that the Philadelphia District Attorney's Office's Motion to Enforce (Doc. No. 79) is **DENIED**.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1