# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| **ANTHONY WRIGHT,** | : | |
| *Plaintiff,* | : | **CIVIL ACTION** |
| **v.** | : | |
| | : | **NO. 16-5020** |
| **CITY OF PHILADELPHIA et al.,** | : | |
| *Defendants.* | : | |

## ORDER

**AND NOW**, this 20th day of November, 2017, upon consideration of the Plaintiff's Motion to Strike (Doc. No. 72), Intervenor Pennsylvania Innocence Project's Motion to Strike (Doc. No. 76), the parties' Responses and Replies thereto (Doc. Nos. 83, 88, 91, 93, 98, 102), and Oral Argument held on October 2, 2017, **it is HEREBY ORDERED** as follows:

1. The Plaintiff's Motion to Strike (Doc. No. 72) is **GRANTED**.

2. The Intervenor the Pennsylvania Innocence Project's Motion to Strike (Doc. No. 76) is deemed **MOOT**.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE